EKATERINA SCHOENEFELD, Respondent, v STATE OF NEW YORK et al., Defendants, and ERIC T. SCHNEIDERMAN, in His Official Capacity as Attorney General for the State of New York, et al., Appellants.

Decided May 6, 2014

See 748 F3d 464.

Certification of a question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.

In the Matter of STATE OF NEW YORK, Respondent, v TIMOTHY BB., Appellant.

Submitted January 13, 2014; decided May 6, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of VARTHOLOME K. TEKMITCHOV, Respondent. MUSIKA, LLC, Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted March 3, 2014; decided May 6, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of GRIGORIY ZALTSMAN, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted March 31, 2014; decided May 6, 2014

Motion for reargument of motion for leave to appeal denied [see 22 NY3d 861 (2014)].